**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **FERRELLGAS PARTNERS, L.P., et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | 4:03-CV-107 (WDO) |
| | : | |
| **HOMER BARROW, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

This matter is before the Court on the Eleventh Circuit Court of Appeals' order and mandate to issue a preliminary injunction enjoining the use of the "Barrow" name by the Defendants. Adopting the factual and legal findings set forth by the court of appeals, the Court hereby enters this PRELIMINARY INJUNCTION to enjoin during the pendency of this litigation, the Defendants, their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise from:

* use of the "Barrow" name in any form on company signs, trucks, propane tanks or any other company vehicles, employee uniforms, customer invoices, advertising material or any other manner of publicly or privately promoting the "Barrow" name in connection with any propane or energy business owned or in any way managed or operated by any of the Defendants;

* use of the "Barrow" name in conjunction with the use of a blue and white color scheme in any logo for a propane or other energy business owned or in any way

1

    managed or operated by any of the Defendants;

* use of the "Barrow" name in conjunction with the use of the slogan "Large enough to serve you, small enough to know you" on any form of media, public or private, in connection with any propane or energy business owned or in any way managed or operated by any of the Defendants.

Within 60 days from the entry of this order, Defendants shall remove or cover any use of the name/term "Barrow" from all company signage (including but not limited to buildings, building signs, all types of propane tanks, "bobtail" trucks or any other vehicles used in connection with any manufacture, transportation, storage, sale or offering for sale of propane or other energy products and/or related services), advertising, business cards, invoices, stationary, envelopes or any other items on which such mark appears regarding Defendants' propane business(es) and shall refrain from using any such mark/name on such items pending further order of this Court.

Defendants shall immediately direct or send to Plaintiffs any correspondence, inquiry, check or communication which is intended for Plaintiffs but misdirected to Defendants.

Finally, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are HEREBY ORDERED to post a bond in the amount of $250,000 for the payment of such costs and damages as may be incurred or suffered in the event the Defendants are found to have been wrongfully enjoined and restrained as set forth above.

**SO ORDERED** this 8th day of November, 2005.

    **S/Wilbur D. Owens, Jr.**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**