IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **FERRELLGAS PARTNERS, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | 4:03-CV-107 (WDO) |
| | : | |
| **HOMER BARROW, JANET** | : | |
| **WHITLEY and BARROW** | : | |
| **ENERGIES, INC.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

After the Court entered summary judgment on Plaintiffs' claims, the parties were ordered to submit proposed forms for a permanent injunction. Having carefully considered the parties' submissions, and based on the legal and factual findings more thoroughly addressed in the summary judgment order:

Defendant Janet Whitley, Defendant Barrow Energies, Inc. (now known as Partners Propane of GA, Inc.) and their officers, agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise are HEREBY PERMANENTLY ENJOINED from

* using the "Barrow" name in any form on company signs, trucks, propane tanks or any other company vehicles, employee uniforms, customer invoices, advertising material or any other manner of publicly or privately promoting the "Barrow" name in connection with any propane or energy business owned or in any way managed or operated by the Defendants;

- \*  using the "Barrow" name in conjunction with the use of a blue and white color scheme in any logo for a propane or other energy business owned or in any way managed or operated by the Defendants; and

- \*  using the "Barrow" name in conjunction with the use of the slogan "Large enough to serve you, small enough to know you" on any form of media, public or private, in connection with any propane or energy business owned or in any way managed or operated by any of the Defendants

*with the exceptions* that Janet Barrow Whitley may use the "Barrow" name to identify herself personally as long as she does not do so in a way that is an attempt to identify herself in a manner that violates the laws addressed in the Court's summary judgment order <AND> Defendants are permitted to advertise and inform the public for a period of sixty (60) days from the date of this order that it was "formerly known as Barrow Energies" and is permitted to respond to inquiries regarding its identity by stating it was formerly known as "Barrow Energies," but in either case the Defendants may not use the "Barrow" name in any manner that unlawfully infringes upon Plaintiffs' interests therein.

Finally, within thirty (30) days of this order, Plaintiffs may file a motion regarding the amount of damages to which they claim they may be entitled or for any remaining matter related to the bond that was posted for the preliminary injunction.

**SO ORDERED this 3rd day of May, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**